# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>SEE ATTACHED EXHIBIT B,<br><br>Defendants. | Adv. Proc. Nos. SEE ATTACHED EXHIBIT B |

**ORDER APPROVING STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANTS TO ANSWER THE COMPLAINT**

Upon consideration of the *Stipulation for Further Extension of Time for the Defendants to Answer the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendants; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463)

5

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# EXHIBIT 1 TO ORDER

DOCS_LA:343412.2 05233/004

<15> 

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*,[3]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>SEE ATTACHED EXHIBIT B,<br><br>Defendants. | Adv. Proc. Nos. SEE ATTACHED EXHIBIT B |

## STIPULATION FOR FURTHER EXTENSION
## OF TIME FOR THE DEFENDANTS TO ANSWER THE COMPLAINT

Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Start Man Furniture, LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and the defendants listed on **Exhibit B** (collectively, the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Further Extension of Time for Defendants to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Defendant may

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463)

answer the *Complaint* [D.I. 1] in the adversary proceedings listed in **Exhibit B** is hereby further extended to and including May 30, 2022.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: April 28, 2022 | Dated: April 28, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | THOMPSON COBURN HAHN & HESSEN LLP |
| */s/ Peter J. Keane* | */s/ Joseph Orbach* |
| Bradford J. Sandler (DE Bar No. 4142) | Mark S. Indelicato (NY Bar No. 2043685) |
| Andrew W. Caine (CA Bar No. 110345) | Joseph Orbach (NY Bar No. 4553558) |
| Jeffrey P. Nolan (CA Bar No. 158923) | 488 Madison Avenue |
| Peter J. Keane (DE Bar No. 5503) | New York, NY 10022 |
| 919 North Market Street, 17th Floor | Telephone: 212.478.7396 |
| P.O. Box 8705 | Email: MIndelicato@hahnhessen.com |
| Wilmington, DE 19899-8705 (Courier 19801) | JOrbach@hahnhessen.com |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | *Counsel to Defendants Jonathan Louis International Ltd.; Coast to Coast Imports LLC; Elements International Group, LLC; Jackson Furniture Industries, Inc.; Life Style Enterprise, Inc.; LFN Services, Inc.; Corinthian, Inc.; Klaussner Furniture Industries, Inc.; First-Citizens Bank & Trust Company d/b/a The CIT Group* |
| Email: bsandler@pszjlaw.com | |
| acaine@pszjlaw.com | |
| jnolan@pszjlaw.com | |
| pkeane@pszjlaw.com | |
| *Counsel to Plaintiff Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Start Man Furniture, LLC, et al.* | |
| | Dated: April 28, 2022 |
| | LOWENSTEIN SANDLER LLP |
| | */s/ Eric Chafetz* |
| | Bruce Nathan |
| | Eric Chafetz |
| | Keara Waldron |
| | Telephone: 646-414-6886 |
| | Email: EChafetz@lowenstein.com |
| | *Counsel to Defendant Hooker Furnishings Corporation f/k/a Hooker Furniture Corporation f/k/a Homer Meridian International Inc. d/b/a Samuel Lawrence Furniture* |

*Dated:  April 28, 2022*

*BAYARD, P.A.*

*/s/ Evan Miller*
Evan Miller
600 N. King Street, Suite 400
Wilmington, DE 19801
Email:emiller@bayardlaw.com

and

Danielle Mashburn-Myrick
Phelps Dunbar LLP
101 Dauphin Street, Suite 1000
P.O. Box 2727
Mobile, AL 36652
Email:danielle.mashburn-myrick@phelps.com

*Counsel to Franklin Corp.*

9