# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| | : | |
| Debtor. | : | |
| | : | |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | : | **MEDIATION STATUS REPORT** |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 22-50198-CTG |
| | : | |
| LNF Services, Inc. | : | |
| | : | |
| Defendant. | | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    _____  Mediation is scheduled to occur on _____.

    _____  A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    __X__  OTHER: The Mediator expects to have a mediation date scheduled within the next 45 days.

Dated: April 11, 2025            Mediator

                                                     */s/ Ian Connor Bifferato*
                                                     Ian Connor Bifferato (DE #3273)
                                                     The Bifferato Firm P.A.
                                                     112 French St.
                                                     Wilmington, DE 19801
                                                     Tel. (302) 225-7600
                                                     E-mail: cbifferato@tbf.legal