## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| Debtor. | : | |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | : | **MEDIATION STATUS REPORT** |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 22-50198-CTG |
| LNF Services, Inc. | : | |
| Defendant. | : | |

      In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    \_\_\_\_\_    Mediation is scheduled to occur on _____.

    \_\_\_\_\_    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    __X__    OTHER:  The Mediator expects to have a mediation date scheduled within the next 30 days.

Dated: January 16, 2026        Mediator

                              */s/ Ian Connor Bifferato*
                              Ian Connor Bifferato (DE #3273)
                              The Bifferato Firm P.A.
                              112 French St.
                              Wilmington, DE  19801
                              Tel. (302) 225-7600
                              E-mail: cbifferato@tbf.legal